# IN THE CHANCERY COURT FOR HAMILTON COUNTY, TENNESSEE

ERIC ZITZOW and         \*
TINA ZITZOW           \*
                \*
  Plaintiffs           \*
                \*
v.                 \*     No. 20-0824
                \*
AUTO OWNERS INSURANCE     \*
COMPANY and RIMKUS       \*
CONSULTING GROUP, INC.       \*
                \*
  Defendants           \*

## NOTICE TO CLERK AND COURT

TO:   Ms. Robin L. Miller
    Clerk & Master
    625 Georgia Avenue, Suite 300
    Chattanooga, TN 37402

    Mark W. Litchford, Esq.
    J. Michael Holloway, Esq.
    Litchford, Pearce & Associates, PLLC
    Post Office Box 8127
    Chattanooga, TN 37414

**PLEASE TAKE NOTICE** that on January 5th, 2021, Defendant, Auto-Owners Insurance Company, filed a *Notice of Removal* of this civil action in the United States District Court for the Eastern District of Tennessee at Chattanooga, pursuant to 28 U.S.C. § 1441 and 1446. A copy of the *Notice of Removal* is attached as **Exhibit 1**. The filing of this notice effects the removal of this action.

Respectfully submitted, this the 5th day of January 2021.



EXHIBIT

B

KAY | GRIFFIN, PLLC

By: _____

Matthew J. Evans     (BPR #017973)
Paige A. Coleman   (BPR #032690)
900 South Gay Street, Suite 1810
Knoxville, TN 37902
(865) 314-8422

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been properly served via e-mail and/or United States mail, postage prepaid, upon the following:

Mark W. Litchford, Esq.
J. Michael Holloway, Esq.
Litchford, Pearce & Associates, PLLC
Post Office Box 8127
Chattanooga, TN 37414

This the 5th day of January 2021.

_____
Matthew J. Evans